CHRISTOPHER J. CHRISTIE
United States Attorney

DANIEL J. HEALY
U.S. Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel./Fax: (202) 305-3402/(202) 514-6866
E-mail: daniel.j.healy@usdoj.gov
Counsel for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-cv-2008 (PGS) |
| ) | |
| MILDRED HOWELL, ) | |
| Vauxhall, New Jersey, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

The United States of America voluntarily dismisses, without prejudice, this case to reduce assessed federal tax liability to judgment against the named defendant, as she is deceased and an action against her estate has been filed separately (Case No. 2:08-cv-2589-PGS).

//

//

3506495.1

DATE:  August 13, 2008.

Respectfully submitted,
CHRISTOPHER J. CHRISTIE
United States Attorney

/s/ Daniel J. Healy
DANIEL J. HEALY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-3402

SO ORDERED: _____
DATED: 9/9/08

3506495.1

## CERTIFICATE OF SERVICE

I certify that on August 13, 2008 I filed the United States' Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which completed service on interested parties registered with the system, and mailed the same by U.S. Mail, postage prepaid, addressed as follows:

>MILDRED HOWELL
>2932 Vauxhall Road
>Vauxhall, NJ 07088

>/s/ Daniel J. Healy
>DANIEL J. HEALY